■ CHASE LINCOLN FIRST BANK, N. A., Respondent, v JAMES J. GALLO, Appellant. (Appeal No. 2.) [605 NYS2d 1005] —Appeal unanimously dismissed without costs *(see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary

Judgment.) Present—Callahan, J. P., Pine, Lawton, Doerr and Boehm, JJ.